MATTER OF ROLDAN

In Visa Petition Proceedings

A-14965713

*Decided by District Director October 14, 1966*

Since a dietitian who has a bachelor's degree with a major in foods and nutrition and has completed a one-year dietetic internship program approved by the American Dietetic Association, or has the equivalent of such education and training, is a member of the professions within the meaning of section 101(a)(32) of the Immigration and Nationality Act, as amended by P.L. 89-236, a visa petition is approved to accord beneficiary, a qualified dietitian who has a master of science degree with a major in foods and nutrition, preference classification under section 203(a)(3) of the Act, as amended.

**Discussion:** The petition was filed to accord the beneficiary a third preference classification as a member of the professions based upon her qualifications as a dietitian. The beneficiary is a female, single, native and citizen of the Philippines, age 46, presently residing in New Westminster, British Columbia, Canada.

The beneficiary received a bachelor of science degree in education in November 1950 from Arellano University, Manila, Philippines, and a master of science degree with a major in foods and nutrition in June 1962 from the University of Connecticut, Storrs, Connecticut. She has been employed as a therapeutic dietitian from September 1961 to March 1963 by St. Vincent's Hospital Bridgeport, Conneticut, and as a dietitian from October 1964 to date by St. Mary's Hospital, New Westminster, British Columbia, Canada. She has been an active member of The American Dietetic Association since June 1963. The beneficiary intends to engage in her profession in the United States as a professional dietitian.

A certification pursuant to section 212(a)(14) of the Act, as amended, has been issued by the Department of Labor.

Dietitians are listed among professional occupations under code O-39.93 in the Dictionary of Occupational Titles, Volume II, second

edition, prepared by the United States Department of Labor. In the third edition of the above publication, dietitians are listed under professional, technical, and managerial occupations, code 077. Dietitians plan and supervise the preparation and serving of appetizing and nutritious meals to help people maintain and recover good health. Their work includes planning general menus and modified diets that meet nutritional requirements for medical treatment, supervising the personnel who prepare and serve the meals, managing purchases and accounts, and providing guidance on good eating habits. They may also serve as instructors in the field of nutrition or take part in research projects concerned with the nutritional needs of the aging, persons with chronic diseases, or space travelers.

The Occupational Outlook Handbook, 1966-67 edition, of the United States Department of Labor, states that the minimum education requirement for dietitians is a bachelor's degree with a major in foods and nutrition and that to qualify for professional recognition, The American Dietetic Association recommends completion of a one-year dietetic internship program approved by the Association. or three years of experience, including two years under the supervision of a dietitian who is a member of the Association. Graduate education is usually required for advancement to higher level positions in teaching, research, administrative dietetics, or public health nutrition.

In a pamphlet issued in January 1961 by The American Dietetic Association, Chicago, Illinois, dealing with opportunities in dietetics, it is stated that dietetics is a young and vigorous profession and there is opportunity for professional standing and advancement.

The remarks made by Dr. John S. Lundy of the Mayo Clinic, Rochester, Minnesota, during the course of a speech presented before the 1959 graduating class of dietetic interns of St. Mary's Hospital, Rochester, Minnesota, are contained in the April 1960 issue of the "Journal of The American Dietetic Association". In this speech he said that it has been established that dietetics is a profession and that his remarks would be concerned with education in preparation for the profession of dietetics. He told the members of this class that the great need of their profession was for as many as possible of them to continue their education in graduate studies. Dr. Lundy indicated that of the 14,000 members of The American Dietetic Association approximately 2,000 have the master's degree in nutrition and 200 hold the degree of doctor of philosophy.

It is concluded that a person who has a bachelor's degree with a major in foods and nutrition and has completed a one-year dietetic

internship program approved by The American Dietetic Association or a person who has the equivalent of such education and training is a member of the professions within the meaning of sections 101 (a)(32) and 203(a)(3) of the Act, as amended. The applicant is entitled to classification as a member of the professions by virtue of her educational attainments.

ORDER: It is ordered that the petition be approved and the beneficiary accorded third preference under section 203(a)(3) of the Immigration and Nationality Act, as amended.